RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
JULIE A. OSTIL (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
jostil@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>D P CRUSHING, INC., aka DP CRUSHING, INC., a California Corporation; and DAVID ARTHUR PILE, Individually, and dba D P CONSTRUCTION, a Sole Proprietorship, and DOES 1-20,<br><br>Defendants. | Case No.: C 12-03306 DMR<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:   6/27/12<br>Judge: Magistrate Judge Donna M. Ryu |

Pursuant to FED. R. CIV. P. RULE 6(b) and CIV. L.R. 6.1, Plaintiffs Pension Plan for Pension Trust Fund for Operating Engineers, F.G. Crosthwaite, and Russell E. Burns ("Plaintiffs"), and Defendants DP Crushing, Inc, aka DP Crushing, Inc., a California corporation; and David Arthur Pile, individually, and dba D P Construction, a sole proprietorship ("Defendants") hereby stipulate as follows:

1.  The instant action arises under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et seq.* Plaintiffs are seeking, among other things, money damages, liquidated damages, injunctive relief, and attorneys' fees and costs.

2.  A Complaint was filed in this matter on June 27, 2012, to recover withdrawal liability allegedly owed by Defendants, pursuant to the Employee Retirement Income Security Act

-1-
STIPULATION AND [~~PROPOSED~~ ORDER]
C 12-03306 DMR

1  of 1974 (ERISA) as amended by the Multi-Employer Pension Plan Amendments Act of 1980 (MPPAA).

3. Service of the Summons and Complaint on Defendants was effectuated on June 29, 2012.  Proofs of Services of Summons were filed with the Court on July 16, 2012. (Docket No. 7)

4. In the interest of minimizing costs as well as the Court's time and resources, the defendants have provided documentation that may lead to resolution of the action, or portions thereof, without the need for litigation, and plaintiffs need further time to analyze the documents. Accordingly, the parties hereby request and stipulate that the Defendants shall have until October 30, 2012, to respond to the Complaint.

5. The requested extension will modify the Court's Order docketed on June 27, 2012. (Docket No. 3) The parties respectfully request that the Case Management Conference currently scheduled for September 26, 2012, and all of its associated deadlines, be continued for 60 days to allow sufficient time for plaintiffs to review defendants' documentation and request any further information and/or documentation necessary.  By allowing sufficient time to complete the review, the parties intend to attempt to resolve the litigation in whole or in part.  If such resolution is not possible, defendants will then to respond to the Complaint, and the parties will hold the required "meet and confer" and ADR telephone conference, and prepare a CMC Statement in advance of the Case Management Conference.

6. Based on the foregoing, the parties hereby stipulate to the extension of deadlines and respectfully request the Court to extend the deadlines as follows:

///
///
///
///
///
///
///

1 ///

| Prior Date | New Date | Event | Governing Rule |
|---|---|---|---|
| 9/5/12<br><br>(Dkt # 3) | 11/14/12 | Last day to:<br>• meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by parties and counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | F.R.Civ.P. 26(f)<br>ADR L.R. 3.5<br>L.R.3-5<br><br>Civil L.R. 16-8 (b)<br>ADR L.R. 3-5(b)<br>Civil L.R. 16-8 (c)<br>ADR L.R. 3-5(b)-(c) |
| 9/19/12<br><br>(Dkt #3) | 11/28/12 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | F.R.Civ.P. 26(a) (1)<br>Civil L.R . 16-9 |
| 9/26/12<br>at 1:30 pm<br><br>(Dkt #3) | 12/5/12<br>at 1:30 pm | Initial Case Management Conference | Civil L.R . 16-10 |

7.   The parties believe that an extension of the deadlines promotes judicial economy and will help effectuate a just, speedy, and inexpensive determination of this action. *See* FED. R. CIV. P. 1.

Dated: August 31, 2012          SALTZMAN & JOHNSON LAW CORPORATION


                                 By:   /s/ Julie A. Ostil
                                       Julie A. Ostil
                                       Counsel for Plaintiffs

Dated: September 10, 2012             MAGARIAN LAW LLP


                                 By:   /s/ Krista L. DiMercurio
                                       Krista L. DiMercurio, Attorney at Law
                                       Defendants DP Crushing, Inc, aka DP Crushing, Inc., a California corporation; and David Arthur Pile,

Individually, and dba D P Construction, a sole proprietorship

### **ORDER**

Based on the foregoing Stipulation of the parties, IT IS HEREBY ORDERED that Defendant has until October 30, 2012 to file a response to the Complaint. The currently set Case Management Conference is hereby continued to December 5, 2012 at 1:30 pm. All related deadlines are extended as specified above.

Dated: Sept. 14, 2012



DONNA M. RYU
United States Magistrate Judge