RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
JULIE A. OSTIL (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
jostil@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>D P CRUSHING, INC., aka DP CRUSHING, INC., a California Corporation; and DOES 1-20,<br><br>Defendant. | Case No.:   C 12-03306 DMR<br><br>**STIPULATION FOR ENTRY OF JUDGMENT; JUDGMENT** |

IT IS HEREBY STIPULATED by and between Plaintiffs Pension Trust Fund for Operating Engineers, F.G. Crosthwaite and Russell E. Burns, as Trustees (collectively "Plaintiffs" or "Plan"), and Defendant D P Crushing, Inc., aka DP Crushing, Inc., a California Corporation ("Defendant" or "D P Crushing, Inc.") as follows:

1.   D P Crushing, Inc. was signatory to a collective bargaining agreement ("Bargaining Agreement") with the Operating Engineers Local Union No. 3 ("Union") pursuant to which D P Crushing, Inc. was required to make contributions to the Plan for all hours worked by its covered employees within the jurisdiction of the Bargaining Agreement.

2.   On or about February 1, 2009, D P Crushing, Inc. made a complete withdrawal from the Plan.  Thereafter, D P Crushing, Inc. was dissolved.  As a result of the withdrawal, it is the contention of the Plan that D P Crushing, Inc. became subject to withdrawal liability under

ERISA §4203(a) (29 U.S.C. §1383(a)).  The Plan assessed withdrawal liability against D P Crushing, Inc. in the amount of $12,252.00 on November 30, 2011.

3. Defendant D P Crushing, Inc. hereby agrees to a judgment entered against it and in favor of Plaintiffs in the sum $23,098.42 calculated as follows:

|  | Amount | Authority |
|---|---|---|
| Assessed Withdrawal Liability | $ 12,252.00 | ERISA §4203(a) |
| 10% Interest 1/1/12 – 10/10/12 | $      947.52 | ERISA §502(g)(2)(B) |
| 20% Liquidated Damages | $   2,450.40 | ERISA §502(g)(2)(C)(ii) |
| Attorneys' Fees  8/16/11 – 10/09/12 | $   4,790.50 | ERISA §502(g)(2)(D) |
| Costs  – 9/23/11 – 10/09/12 | $   2,658.00 |  |
| **TOTAL** | **$   23,098.42** |  |

4. The undersigned parties acknowledge and agree that nothing contained herein shall be considered a waiver of any claims, rights, and/or remedies that Plaintiffs may have against others as allowed by law.

5. In the event of the filing of a bankruptcy petition by Defendant, the parties agree that any payments made under this Judgment shall be deemed to have been made in the ordinary course of business as provided under 11 U.S.C. §547(c)(2) and shall not be claimed by Defendant as a preference under 11 U.S.C. §547 or otherwise.  Defendant nevertheless represents that no bankruptcy filing is anticipated.

6. Any failure on the part of the Plaintiffs to take action against Defendant under this Judgment in the event of any breach by Defendant of any provisions herein shall not be deemed a waiver of any remedies and rights available to the Plaintiffs under this Judgment in connection with any subsequent breach by Defendant of any provisions herein.

7. Checks for payments under this Judgment shall be made payable to the "Pension Plan for Operating Engineers Pension Trust Fund" and delivered to Julie A. Ostil, Saltzman & Johnson, 44 Montgomery Street, Suite 2110, San Francisco, California, 94104, or to such other address as may be specified by the Plan.  However, it is understood by all parties that Defendant

1 currently does not have the financial capacity to pay for all or part of the judgment, and that
2 Defendant is a dissolved California corporation.

3     8. Should any provision of this Judgment be declared or determined by any court of
4 competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and
5 enforceability of the remaining parts, terms or provisions shall not be affected thereby and any
6 such illegal, unenforceable or invalid part, term, or provision shall be deemed not to be part of this
7 Judgment.

8     9. All parties hereto represent and warrant that they have had the opportunity to be or
9 have been represented by counsel of their own choosing in connection with entering this Judgment
10 under the terms and conditions set forth herein, and that they enter into this Judgment voluntarily.

11     10. The persons executing this Judgment represent and warrant that they have the
12 authority to enter into this Judgment on behalf of the parties hereto.

13     11. This Judgment may be executed in any number of counterparts and by facsimile,
14 each of which shall be deemed an original and all of which shall constitute together one and the
15 same instrument.

16     12. The parties request that the Court retain jurisdiction over the parties and this matter
17 until such time as the Judgment is satisfied in full.

**PLAINTIFFS:**

Pension Trust Fund for Operating Engineers

By: /s/ Russell E. Burns_____
    Russell E. Burns, Co-Chairman

Dated: November 6, 2012.

By: /s/ F. G. Crosthwaite_____
    F.G. Crosthwaite, Co-Chairman

Dated: November 7, 2012.

|   |   |
|---|---|
|   | **DEFENDANTS:** |
| Dated: November 5, 2012 | D P CRUSHING INC., aka DP CRUSHING, INC., a California corporation |
|   | By: /s/ David Arthur Pile_____<br>     David Arthur Pile, President |
| APPROVED AS TO FORM: | **ATTORNEYS FOR PLAINTIFFS:** |
| Dated: November 6, 2012 | Saltzman & Johnson Law Corporation |
|   | By: /s/ Julie A. Ostil_____<br>     Julie A. Ostil<br>     Attorneys for Plaintiffs |
|   | **ATTORNEYS FOR DEFENDANT:** |
| Dated: November 5, 2012 | Magarian Law LLP |
|   | By: /s/ Krista L. DiMercurio_____<br>     Krista L. DiMercurio<br>     Attorneys for Defendant |

## **ORDER**

IT IS SO ORDERED.

   Judgment is hereby entered under the terms described above. This Court shall retain jurisdiction of this matter until the judgment is satisfied.

Dated: __Nov. 8____, 2012       _____
                                Honorable Donna M. Ryu
                                UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*